# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Julius Harris                                 Docket No. 4:11-CR-2-1BO

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Julius Harris, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 22, 2012, to the custody of the Bureau of Prisons to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall pay a $100 special assessment.

Julius Harris was released from custody on May 22, 2012, at which time the term of supervised release commenced.

A Violation Report was previously submitted to the court on December 5, 2012, documenting new criminal conduct, Driving While License Revoked and Unsafe Movement (12CR712849). The defendant received a written reprimand and was continued under supervision.

A Petition for Action on Supervised Release was previously submitted to the court on March 13, 2013, documenting new criminal conduct, Driving While Impaired (13CR52144). As a sanction for this conduct, the defendant served 5 days custody and was ordered to participate in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 2, 2014, at approximately 10:58 p.m., the defendant was arrested by Trooper Stevenson of the North Carolina State Highway Patrol, in Pitt County, North Carolina, and charged with Driving While Impaired (14CR55443) and Driving While License Revoked (14CR706789).

Julius Harris
Docket No. 4:11-CR-2-1BO
Petition For Action
Page 2

The charges are pending adjudication in Pitt County District Court. The defendant refused to submit to a portable breath test after the alleged incident. When this officer confronted the defendant about the alleged criminal conduct, Harris admitted he operated a motor vehicle without a valid driver's license after consuming alcohol and expressed remorse for his behavior. As a sanction for this conduct, we are recommending the court add a condition to the defendant's supervision requiring service of 15 days custody and participation in a cognitive behavioral program as offered by the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 15 consecutive days, and shall abide by all rules and regulations of the designated facility.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ J. Brock Knight |
| Dwayne K. Benfield | J. Brock Knight |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: July 10, 2014 |

### ORDER OF COURT

Considered and ordered this __11__ day of __July__, 2014, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge